JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA VAZQUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSAL ACCOUNTS, LLC,<br><br>　　　　Defendant. | Case No. 2:23-cv-06730-SB-AGR<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

　　　Having reviewed the parties' stipulation, the Court dismisses this action with prejudice. Each side is to bear its own fees and costs. The clerk of the court is directed to close this case.

　　　IT IS SO ORDERED.

Date: November 28, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge